NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIAM PRAILEAU, dba Without Prejudice, Kingdom of Priests,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES, INTERNAL REVENUE SERVICE, NEW YORK STATE JUSTIFIED COURT SYSTEM, NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION,**
*Defendants-Appellees*

---

2023-1642

---

Appeal from the United States District Court for the Southern District of New York in No. 1:22-cv-08866-LTS, Judge Laura Taylor Swain.

---

PER CURIAM.

## O R D E R

In response to this court's April 21, 2023, show cause order, appellant and the federal appellees argue that this court lacks jurisdiction, and we agree. While those appellees urge dismissal because appellant has not yet paid the filing fee, we deem it the better course to transfer pursuant

to 28 U.S.C. § 1631 for the United States Court of Appeals for the Second Circuit to address the argument.

Accordingly,

IT IS ORDERED THAT:

The case and all transmittals are transferred to the United States Court of Appeals for the Second Circuit.

FOR THE COURT

June 13, 2023                              /s/ Jarrett B. Perlow
        Date                               Jarrett B. Perlow
                                           Acting Clerk of Court